# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Barbara A. Washington aka Barbara Ann Washington<br>Debtor<br><br>PNC BANK, NATIONAL ASSOCIATION<br>Movant<br>vs.<br><br>Barbara A. Washington aka Barbara Ann Washington<br>Debtor<br><br>Scott F. Waterman, Esquire<br>Trustee | CHAPTER 13<br><br><br>NO. 20-11412 JKF<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Stipulation of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about June 26, 2020 (Document No. 13).

    Respectfully submitted,

    **/s/ Rebecca A. Solarz, Esquire**
    Rebecca A. Solarz, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322

June 29, 2020