UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Barbara A Washington <br><br><br>    Debtor | Chapter 13 <br> Bankruptcy No.20-11412-AMC |

CERTIFICATE OF SERVICE

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 13th day of July, 2020, by first class mail upon those listed below:

Barbara A Washington
7960 Thouron Avenue
Philadelphia, PA  19150

**Electronically via CM/ECF System Only:**

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA, PA  19106

                                                  */s/ Deborah A. Earnshaw*
                                                  Deborah A. Earnshaw
                                                  for
                                                  Scott F. Waterman, Esquire
                                                  Standing Chapter 13 Trustee