## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Barbara A. Washington aka Barbara Ann Washington<br>　　　　　　　　　　Debtor(s) | Chapter 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>　　　　　v.<br>Barbara A. Washington aka Barbara Ann Washington<br>　　　　　and<br>Scott F. Waterman<br>　　　　　　　　　　Trustee | NO. 20-11412 AMC |

### ORDER

AND NOW, this _____ day of _____, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on June 30, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK, NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 7960 Thouron Avenue Philadelphia, PA 19150.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: April 15, 2021**　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list