United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11412-amc |
| Barbara A Washington | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**

**Recip ID        Recipient Name and Address**
db            +  Barbara A Washington, 7960 Thouron Avenue, Philadelphia, PA 19150-2521

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:**

**Name**              **Email Address**
DAVID M. OFFEN
                      on behalf of Debtor Barbara A Washington dmo160west@gmail.com
                      davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

REBECCA ANN SOLARZ
                      on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association bkgroup@kmllawgroup.com

SCOTT F WATERMAN
                      ECFMail@ReadingCh13.com

United States Trustee
                      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Barbara A. Washington aka Barbara Ann Washington<br>　　　　　　　　　　Debtor(s) | Chapter 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>　　　　　　　v.<br>Barbara A. Washington aka Barbara Ann Washington<br>　　　　　　　and<br>Scott F. Waterman<br>　　　　　　　Trustee | NO. 20-11412 AMC |

**ORDER**

　　　AND NOW, this　　　day of　　　　　, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on June 30, 2020 it is ORDERED AND DECREED that:

　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK, NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 7960 Thouron Avenue Philadelphia, PA 19150.

　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: April 15, 2021**　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list