United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11412-amc |
| Barbara A Washington | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara A Washington, 7960 Thouron Avenue, Philadelphia, PA 19150-2521 |
| 14478934 | + | Chestnut Hill Hospital, Attn: Business Office, 8835 Germantown Avenue, Philadelphia, PA 19118-2765 |
| 14478936 | + | Dr. Joseph D. Divincenzo, 1369 Old York Road, Abington, PA 19001-3411 |
| 14478937 | + | Dr. Mona Shangold, PO Box 306, Moorestown, NJ 08057-0306 |
| 14478938 | + | F.H. Cann and Sssociates, Inc., 1600 Osgood Street, Suite 20-2-120, North Andover, MA 01845-1048 |
| 14478939 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14478941 | + | Hudson Valley Credit Union, c/o Corbally, Gartland & Rappleyea LLP, 35 Market St., Poughkeepsie, NY 12601-3214 |
| 14478942 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14478944 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14485993 | + | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS, CO Rebecca A Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14478946 | | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14492980 | + | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14478951 | + | Santander Bank N.a., Po Box 12646, Reading, PA 19612-2646 |
| 14478950 | + | Santander Bank N.a., 865 Brook St, Rocky Hill, CT 06067-3444 |
| 14492091 | + | Santander Bank NA, 450 Penn St, Reading PA 19602, MC:10-421-MC 19602-1011 |
| 14478952 | + | TD Bank, Operations Center, PO Box 5093, Mount Laurel, NJ 08054-5093 |
| 14478954 | + | Weltman, Weinberg & Reis Co., LPA, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 03 2021 02:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 03 2021 02:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 03 2021 02:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14478932 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2021 01:35:29 | At&T Universal Citi Card, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14517394 | | Email/Text: megan.harper@phila.gov | Jun 03 2021 02:09:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14484714 | | Email/Text: mrdiscen@discover.com | Jun 03 2021 02:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14478935 | + | Email/Text: mrdiscen@discover.com | Jun 03 2021 02:09:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14478940 | + | Email/Text: bankruptcy@sccompanies.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 03 2021 02:09:00 | Home at Five, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14478933 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 03 2021 01:38:58 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14478943 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2021 01:35:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14502712 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 03 2021 02:09:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14478945 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 03 2021 02:09:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14478947 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2021 01:37:14 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14478948 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2021 01:37:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14495851 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 03 2021 02:09:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14478953 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 03 2021 02:08:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14478949 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Barbara A Washington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2021 | Form ID: pdf900 | Total Noticed: 33 |

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Barbara A Washington<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 20-11412-AMC |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 2, 2021**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE