| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-11412-AMC**

Barbara A Washington  
7960 Thouron Avenue  
Philadelphia  PA    19150

Petition Filed Date: 03/05/2020  
341 Hearing Date: 04/24/2020  
Confirmation Date: 09/23/2020

Case Status: Dismissed After Confirmation on 6/ 2/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/06/2020 | $425.00 | 26407383467 | 05/06/2020 | $425.00 | 26407383478 | 09/14/2020 | $425.00 | 26753190895 |
| 09/14/2020 | $425.00 | 26753190906 | 09/14/2020 | $425.00 | 26753190884 | 09/14/2020 | $425.00 | 26753190873 |

**Total Receipts for the Period: $2,550.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,550.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Barbara A Washington | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $4,624.77 | $0.00 | $4,624.77 |
| 2 | SANTANDER BANK NA<br>»» 002 | Unsecured Creditors | $7,746.62 | $0.00 | $7,746.62 |
| 3 | POLICE & FIRE FCU<br>»» 003 | Unsecured Creditors | $986.73 | $0.00 | $986.73 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $9,105.17 | $0.00 | $9,105.17 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 005 | Unsecured Creditors | $22.89 | $0.00 | $22.89 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $1,080.50 | $0.00 | $1,080.50 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $11,606.51 | $0.00 | $11,606.51 |
| 8 | PNC BANK NA<br>»» 08A | Mortgage Arrears | $15,216.59 | $0.00 | $15,216.59 |
| 9 | PNC BANK NA<br>»» 08B | Mortgage Arrears | $2,068.73 | $0.00 | $2,068.73 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $56.63 | $0.00 | $56.63 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,250.00 | $2,295.00 | $1,955.00 |

**Chapter 13 Case No. 20-11412-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,550.00 | Current Monthly Payment: | $430.00 |
| Paid to Claims: | $2,295.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $255.00 | Total Plan Base: | $24,055.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.